The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUANE D. KRUGER,<br><br>    Plaintiff,<br><br> v.<br><br>CARLOS DEL TORO, Secretary, Department of the Navy,<br><br>    Defendant. | Case No. 3:23-cv-05932-TMC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES**<br><br>Noted for Consideration:<br>**April 30, 2024** |

  Pursuant to FRCP 16 and 26 and the applicable Local Rules, the parties hereby stipulate and move as follows:

### STIPULATION

The parties hereby stipulate as follows:

1. Defendant timely served initial disclosures on Plaintiff;

2. Plaintiff has not yet served initial disclosures upon Defendant;

3. Plaintiff did not contact Defendant regarding a Rule 26(f) conference or preparation of the Joint Status Report;

4. Defendant's motion to dismiss (Dkt. 28) is currently pending and noted for consideration on May 10, 2024; and

STIPULATED MOTION AND ORDER TO
EXTEND CERTAIN DEADLINES
[Case No. 3:23-cv-05932-TMC] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Defendant contacted Plaintiff to propose filing this motion and Plaintiff agreed.

**MOTION**

In light of the above facts, the Parties respectfully request that the Court extend the existing and past deadlines as follows:

| **Deadline** | **Current Date** | **Extended Date** |
|---|---|---|
| Plaintiff to serve initial disclosures | January 16, 2024 (Dkt. 4) | May 24, 2024 |
| Parties to conduct Rule 26(f) conference | January 22, 2024 (Dkt. 4) | May 31, 2024 |
| Parties to submit Joint Status Report | April 29, 2024 (3/29/24 Minute Order) | June 14, 2024 |

DATED this 30th day of April, 2024.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

s/ Sarah Louise Bishop
SARAH LOUISE BISHOP, NY No.5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorneys for Defendant*

s/ Duane D. Kruger
DUANE D. KRUGER
P.O. Box 5232
Bremerton, WA 98312
Email: duanedkruger@gmail.com

*Pro Se Plaintiff*

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DEADLINES
[Case No. 3:23-cv-05932-TMC] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having agreed, it is so ORDERED.

DATED this 6th day of May, 2024.

Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION AND ORDER TO
EXTEND CERTAIN DEADLINES
[Case No. 3:23-cv-05932-TMC] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970